# EXHIBIT C2

Case 1:23-cv-01810-ELR   Document 1-4   Filed 04/21/23   Page 1 of 2



Select Language ▼

Connect With Morrow

Home
About
Departments »
Events »
Visitors »
Business »
Relocate
Contact »

## Social Media Terms of Service

The City of Morrow's social media pages were created to provide our followers access to information about the City of Morrow, and platforms through which to interact with the City. These pages are not monitored in real-time. If you have an emergency, please dial 9-1-1. The City of Morrow social media pages are managed as a limited public forum and therefore the following conditions apply:

- A posting on any of these pages constitutes acceptance of these terms
- Comments posted by others on Morrow's social media pages are not to be considered the opinion of the City of Morrow; nor does the City of Morrow endorse any third-party comments on these pages. Additionally, the City of Morrow does not promote commercial endorsements
- Likes, links, and follows do not suggest that the City of Morrow is promoting or in agreement with third-party content
- The agency reserves the right to remove and/or block anyone who posts inappropriate material as determined by the City of Morrow
- If you are looking for more information about the City of Morrow, please visit www.cityofmorrow.com
- The City of Morrow does not collect, maintain, or disseminate information posted on these pages

These pages are intended to create an open, productive forum for discussion. To foster an engaging environment, we reserve the right to restrict comments that:

- are threatening, discriminatory, graphic, obscene, defamatory, profane, or hateful;
- contain information that reasonably could compromise the safety, well-being, or reputation of any person or organization, including personal attacks;
- spam or advertise;
- are off-topic or repetitive;
- promote or endorse political campaigns or candidates;
- contain personal information about another person or that violate a person's privacy;
- include copyrighted material that belongs to another person;
- contain links to inappropriate websites



**CLAYTON STATE**

Clayton State University DREAMS. MADE REAL.



**MORROW ELEMENTARY**

Morrow Elementary awarded School of Excellence for ten consecutive years.



**RIBBON CUTTING**

See list of new businesses in Morrow and Ribbon Cutting ceremonies.

HOME   |   ABOUT   |   EVENTS   |   VISITORS   |   BUSINESS   |   RELOCATE   |   CONTACT   |   FAQS   |   MAP
© 2023 City of Morrow, GA   Internet Policy   Social Media Terms of Service   Another Truevine website