IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AARON BOOTERBAUGH,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF MORROW, MAYOR JOHN LAMPL, in his individual and official capacities, and CITY MANAGER JEFF BAKER, in his individual and official capacities,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br> 1:23-CV-01810-SCJ |

### ORDER

The undersigned hereby **RECUSES** himself from consideration of the above-entitled action and **DIRECTS** the Clerk of Court reassign this matter in accordance with the Internal Operating Procedures of this Court.

**IT IS SO ORDERED** this 25th day of April, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE